**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

    Chaquetta Tatrise Hamilton

    Debtor(s)

Case No. 15 B 32037

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1)   The case was filed on 09/21/2015.

    2)   The plan was confirmed on 06/13/2016.

    3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/23/2017.

    4)   The trustee filed action to remedy default by the debtor in performance under the plan on 06/21/2017, 11/15/2017.

    5)   The case was Dismissed on 11/29/2017.

    6)   Number of months from filing to last payment: 23.

    7)   Number of months case was pending: 34.

    8)   Total value of assets abandoned by court order:  NA .

    9)   Total value of assets exempted:  NA .

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $5,413.15 | |
| Less amount refunded to debtor | $149.80 | |
| **NET RECEIPTS:** | | **$5,263.35** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $4,033.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $221.71 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,254.71** |
| Attorney fees paid and disclosed by debtor: | $0.00 | |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Aaron's Inc | Unsecured | 2,860.00 | NA | NA | 0.00 | 0.00 |
| Allstate Credit Bureau | Unsecured | 4,004.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 855.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 613.87 | 613.87 | 613.87 | 10.41 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 731.94 | 731.94 | 731.94 | 12.40 | 0.00 |
| AmSher Collection Services | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 2,190.61 | NA | NA | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | 0.00 | 390.00 | 390.00 | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 443.00 | NA | NA | 0.00 | 0.00 |
| City of Blue Island | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Credit Union One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Services | Unsecured | 574.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 1,036.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Gateway Financial | Unsecured | 13,648.00 | 13,720.82 | 13,720.82 | 232.60 | 0.00 |
| Gateway Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Gatewyfinsol | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Go Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 0.00 | 37,345.84 | 37,345.84 | 633.09 | 0.00 |
| Illinois Tollway | Unsecured | 2,142.30 | 2,142.30 | 2,142.30 | 31.52 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 409.00 | 409.77 | 409.77 | 6.03 | 0.00 |
| Medical Business Bureau | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 853.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 0.00 | 350.13 | 350.13 | 5.15 | 0.00 |
| Porania LLC | Unsecured | 0.00 | 1,500.00 | 1,500.00 | 22.08 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 438.00 | 438.41 | 438.41 | 6.45 | 0.00 |
| Primary Financial Service | Unsecured | 1,035.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Receivables Performance Mgmt LLC | Unsecured | 2,190.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery | Unsecured | 857.00 | NA | NA | 0.00 | 0.00 |
| The Integrun Group | Unsecured | 4,004.00 | NA | NA | 0.00 | 0.00 |
| Universal Special Auto Finance | Secured | 8,068.52 | 10,556.48 | 10,556.48 | 0.00 | 0.00 |
| University of Phoenix | Unsecured | 2,018.00 | NA | NA | 0.00 | 0.00 |
| USA Funds MCE 2148 | Unsecured | 40,502.00 | 2,885.86 | 2,885.86 | 48.91 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,556.48 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$10,556.48** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$60,528.94** | **$1,008.64** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,254.71 |
| Disbursements to Creditors | $1,008.64 |
| **TOTAL DISBURSEMENTS** : | **$5,263.35** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/23/2018                    By: /s/ Marilyn O. Marshall
                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**